IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RAYMOND LESLIE LOWE, JR.,

    Plaintiff,

v.

LANE COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

Case No. 3:16-cv-01846-MK

OPINION AND ORDER

**MCSHANE, Judge**:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings & Recommendation ("F&R"), ECF No. 117, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although Plaintiff filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the F&R is correct. Judge Kasubhai's F&R is adopted in full. Accordingly, Defendants' Motion for Summary Judgment, ECF No. 71, is GRANTED, Plaintiff's Motions for Summary Judgment, ECF Nos. 99 and 106, are DENIED, and this action is DISMISSED. Because any appeal of this disposition would be frivolous and not taken in good faith, Plaintiff's IFP status is revoked.

    IT IS SO ORDERED.

    DATED this 14th day of June, 2019.

                                /s/ Michael McShane
                                Michael J. McShane
                                United States District Judge